UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  ) No. 4:18CR00975 CDP/JMB<br>DUSTIN BOONE, )<br>CHRISTOPHER MYERS, )<br>STEVEN KORTE )<br>RANDY HAYS, and )<br>BAILEY COLLETTA, )<br>  )<br>  Defendants. ) | |

## WITHDRAWAL OF APPEARANCE ON BEHALF OF THE UNITED STATES

The undersigned prosecutor for the Civil Rights Division of the United States Department of Justice, hereby moves to withdraw as attorney of record on behalf of the United States.

Respectfully submitted,

ERIC DREIBAND
Assistant Attorney General

s/ *Fara Gold*
FARA GOLD
Special Litigation Counsel
U.S. Department of Justice
Civil Rights Division Criminal Section
150 M ST NE, 7th Floor
Washington, DC 20530
(202) 305-1896
fara.gold@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Fara Gold, hereby certify that on December 14, 2019, I electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification of such filing to all counsel of record in this case.

                                        s/ *Fara Gold*
                                        FARA GOLD
                                        Special Litigation Counsel