| Domain Name | : SLMPD.slmpd.org |
| --- | --- |
| Annotation | : Showing reports for Recently User Logon Activity |
| Number of Records | : 5 |
| Generated At | : Jul 30,2020 09:38:22 AM |

| User Name | Client Host Name | Logon Time | Event Type Text | Failure Reason |
| --- | --- | --- | --- | --- |
| aelong | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 10:12:52 PM | Success | - |
| aelong | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 09:54:44 PM | Success | - |
| aelong | rtcc-1.slmpd.slmpd.org | Sep 17,2017 02:02:49 PM | Success | - |
| aelong | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 01:42:43 PM | Success | - |
| aelong | rtcc-1.slmpd.slmpd.org | Sep 17,2017 01:40:16 PM | Success | - |

DEFENDANT'S EXHIBIT A

| | |
|---|---|
| Domain Name | : SLMPD.slmpd.org |
| Annotation | : Showing reports for Recently User Logon Activity |
| Number of Records | : 61 |
| Generated At | : Jul 30,2020 09:40:54 AM |

| User Name | Client Host Name | Logon Time | Event Type Text | Failure Reason |
|---|---|---|---|---|
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 11:55:24 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 11:52:59 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 11:52:58 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 11:51:22 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 10:47:30 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 10:36:09 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 10:36:04 PM | Success | - |
| msilva | rtcc-26.slmpd.slmpd.org | Sep 17,2017 10:31:03 PM | Success | - |
| msilva | rtcc-26.slmpd.slmpd.org | Sep 17,2017 10:31:00 PM | Failure | Bad password |
| msilva | hdq-dc2x.slmpd.slmpd.org | Sep 17,2017 10:31:00 PM | Failure | Bad password |
| msilva | rtcc-20.slmpd.slmpd.org | Sep 17,2017 10:26:28 PM | Success | - |
| msilva | rtcc-20.slmpd.slmpd.org | Sep 17,2017 10:10:36 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 09:10:19 PM | Success | - |
| msilva | rtcc-20.slmpd.slmpd.org | Sep 17,2017 09:08:07 PM | Success | - |
| msilva | rtcc-20.slmpd.slmpd.org | Sep 17,2017 09:08:03 PM | Failure | Bad password |
| msilva | rtcc-26.slmpd.slmpd.org | Sep 17,2017 08:15:11 PM | Success | - |
| msilva | rtcc-20.slmpd.slmpd.org | Sep 17,2017 07:31:33 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 07:07:04 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 06:45:18 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 06:45:17 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 06:45:06 PM | Success | - |
| msilva | rtcc-20.slmpd.slmpd.org | Sep 17,2017 06:37:27 PM | Success | - |
| msilva | rtcc-20.slmpd.slmpd.org | Sep 17,2017 06:33:58 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 06:21:28 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 06:12:55 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:55:20 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:38:00 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:31:26 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:28:02 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:25:43 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:25:16 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:24:39 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:18:05 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:14:37 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:11:39 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:06:40 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 04:57:08 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 04:48:00 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 04:42:50 PM | Success | - |
| msilva | hdq-intel-8.slmpd.slmpd.org | Sep 17,2017 04:41:46 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 04:19:34 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 04:13:53 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 04:06:34 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 03:59:49 PM | Success | - |
| msilva | hdq-intel-8.slmpd.slmpd.org | Sep 17,2017 03:43:15 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 03:10:59 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 03:07:25 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 02:56:01 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 02:47:00 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 02:23:52 PM | Success | - |
| msilva | hdq-intel-8.slmpd.slmpd.org | Sep 17,2017 02:23:00 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 01:53:59 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 01:52:30 PM | Success | - |

Recent User Logon Activity                                                                                        01 Sep,2017 12:00:00 PM to Sep 18,2017 12:00:00 AM

| User Name | Client Host Name | Logon Time | Event Type Text | Failure Reason |
|---|---|---|---|---|
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 01:38:27 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 01:22:33 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 01:18:18 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 01:10:29 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 01:10:25 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 01:08:39 PM | Success | - |
| msilva | hdq-intel-8.slmpd.slmpd.org | Sep 17,2017 01:07:32 PM | Success | - |
| msilva | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 12:49:29 PM | Success | - |

| Domain Name       | : SLMPD.slmpd.org                                  |
| Annotation        | : Showing reports for Recently User Logon Activity |
| Number of Records | : 9                                                |
| Generated At      | : Jul 30,2020 09:42:42 AM                          |

| User Name | Client Host Name          | Logon Time              | Event Type Text | Failure Reason |
|-----------|---------------------------|-------------------------|-----------------|----------------|
| nmweite   | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 11:09:55 PM | Success         | -              |
| nmweite   | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 11:09:55 PM | Success         | -              |
| nmweite   | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 09:12:41 PM | Success         | -              |
| nmweite   | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 08:02:39 PM | Success         | -              |
| nmweite   | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 06:58:03 PM | Success         | -              |
| nmweite   | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 06:51:25 PM | Success         | -              |
| nmweite   | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 06:04:32 PM | Success         | -              |
| nmweite   | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 04:06:56 PM | Success         | -              |
| nmweite   | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 01:04:26 PM | Success         | -              |

Recent User Logon Activity                                From Sep 17,2017 12:00:00 PM to Sep 18,2017 12:00:00 AM

| | |
|---|---|
| Domain Name | : SLMPD.slmpd.org |
| Annotation | : Showing reports for Recently User Logon Activity |
| Number of Records | : 8 |
| Generated At | : Jul 30,2020 10:10:07 AM |

| User Name | Client Host Name | Logon Time | Event Type Text | Failure Reason |
|---|---|---|---|---|
| mdledbetter | rtcc-rlc2.slmpd.slmpd.org | Sep 17,2017 08:42:05 PM | Success | - |
| mdledbetter | cpd-rpt-1.slmpd.slmpd.org | Sep 17,2017 07:28:48 PM | Success | - |
| mdledbetter | cpd-rpt-1.slmpd.slmpd.org | Sep 17,2017 07:24:42 PM | Success | - |
| mdledbetter | cpd-rpt-1.slmpd.slmpd.org | Sep 17,2017 07:24:37 PM | Failure | Bad password |
| mdledbetter | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 07:01:19 PM | Success | - |
| mdledbetter | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 04:54:08 PM | Success | - |
| mdledbetter | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 04:33:05 PM | Success | - |
| mdledbetter | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 03:30:32 PM | Success | - |

| Domain Name | : SLMPD.slmpd.org |
|---|---|
| Annotation | : Showing reports for Recently User Logon Activity |
| Number of Records | : 2 |
| Generated At | : Jul 30,2020 10:11:25 AM |

| User Name | Client Host Name | Logon Time | Event Type Text | Failure Reason |
|---|---|---|---|---|
| crpederson | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 09:39:40 PM | Success | - |
| crpederson | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 09:39:34 PM | Success | - |

| | |
|---|---|
| Domain Name | : SLMPD.slmpd.org |
| Annotation | : Showing reports for Recently User Logon Activity |
| Number of Records | : 2 |
| Generated At | : Jul 30,2020 10:12:38 AM |

| User Name | Client Host Name | Logon Time | Event Type Text | Failure Reason |
|---|---|---|---|---|
| rjrask | rtcc-14.slmpd.slmpd.org | Sep 17,2017 09:20:40 PM | Success | - |
| rjrask | rtcc-3.slmpd.slmpd.org | Sep 17,2017 08:35:04 PM | Success | - |

| | |
|---|---|
| Domain Name | : SLMPD.slmpd.org |
| Annotation | : Showing reports for Recently User Logon Activity |
| Number of Records | : 3 |
| Generated At | : Jul 30,2020 10:13:47 AM |

| User Name | Client Host Name | Logon Time | Event Type Text | Failure Reason |
|---|---|---|---|---|
| cmgwaltney | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 09:30:25 PM | Success | - |
| cmgwaltney | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 09:28:29 PM | Success | - |
| cmgwaltney | rtcc-14.slmpd.slmpd.org | Sep 17,2017 12:00:39 PM | Success | - |

Recent User Logon Activity From Sep 17,2017 12:00:00 AM to Sep 18,2017 12:00:00 AM

| Domain Name | : SLMPD.slmpd.org |
| --- | --- |
| Annotation | : Showing reports for Recently User Logon Activity |
| Number of Records | : 13 |
| Generated At | : Jul 30,2020 10:14:50 AM |

| User Name | Client Host Name | Logon Time | Event Type Text | Failure Reason |
| --- | --- | --- | --- | --- |
| nrshelton | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 10:18:11 PM | Success | - |
| nrshelton | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 09:14:40 PM | Success | - |
| nrshelton | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 08:34:49 PM | Success | - |
| nrshelton | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 08:34:48 PM | Success | - |
| nrshelton | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 08:12:54 PM | Success | - |
| nrshelton | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 07:57:19 PM | Success | - |
| nrshelton | cpd-rpt-2.slmpd.slmpd.org | Sep 17,2017 07:43:36 PM | Success | - |
| nrshelton | cpd-rpt-2.slmpd.slmpd.org | Sep 17,2017 07:31:30 PM | Success | - |
| nrshelton | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 07:03:51 PM | Success | - |
| nrshelton | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 06:32:39 PM | Success | - |
| nrshelton | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:41:43 PM | Success | - |
| nrshelton | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:30:27 PM | Success | - |
| nrshelton | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 04:27:33 PM | Success | - |

| | |
|---|---|
| Domain Name | : SLMPD.slmpd.org |
| Annotation | : Showing reports for Recently User Logon Activity |
| Number of Records | : 23 |
| Generated At | : Jul 30,2020 10:15:49 AM |

| User Name | Client Host Name | Logon Time | Event Type Text | Failure Reason |
|---|---|---|---|---|
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 09:10:38 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 08:47:00 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 08:46:39 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 08:46:38 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 07:45:40 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 07:25:07 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 07:22:14 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 07:21:21 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 07:08:17 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 07:01:58 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 06:42:16 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:48:58 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:32:57 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:21:44 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:19:13 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:18:57 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:09:10 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:09:10 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 05:09:02 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 03:12:51 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 03:06:41 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 03:06:39 PM | Success | - |
| cpclark | hdq-adfs1x.slmpd.slmpd.org | Sep 17,2017 02:35:30 PM | Success | - |