| | |
|---|---|
| From: | Gold, Fara (CRT) |
| To: | Winfield, Jennifer (USAMOE); Harris, Reginald (USAMOE); Savner, Emily (CRT) |
| Cc: | Boehlje, Darren S. (SL) (FBI) |
| Subject: | RE: Grand Jury 7/25 and 7/26 |
| Date: | Wednesday, July 18, 2018 10:01:23 AM |

Can you swap Manley and LaGrand?

**From:** Winfield, Jennifer (USAMOE) <Jennifer.Winfield@usdoj.gov>
**Sent:** Wednesday, July 18, 2018 10:47 AM
**To:** Gold, Fara (CRT) <Fara.Gold@crt.usdoj.gov>; Harris, Reginald (USAMOE)
<Reginald.Harris@usdoj.gov>; Savner, Emily (CRT) <Emily.Savner@crt.usdoj.gov>
**Cc:** Boehlje, Darren S. (SL) (FBI) <dboehlje@fbi.gov>
**Subject:** RE: Grand Jury 7/25 and 7/26

We can knock out some of the initial assessments before you all come in, and then decide if
they need to come back on Wednesday or Thursday. We can cut the GJ subpoenas during the
meetings on Monday and Tuesday.

Darren, can you or another agent please make contact with these individuals to assess their
availability for next week? Thanks.

**Monday 7/25**
Sgt Manley @ 1pm
Officer Nicholas McMurray @ 2:30pm
Officer Callahan Hereford @ 4pm

**Tuesday 7/24**
Officer Zachariah Foltz@1pm
Officer Jonathan Haire@2:30pm
Officer Lucas Brockmeyer@4pm
Officer Brandon LaGrand@5pm

**Wednesday 7/25**
Afternoon GJ session already booked: 1:30pm-4:30pm

**From:** Gold, Fara (CRT) <Fara.Gold@usdoj.gov>
**Sent:** Wednesday, July 18, 2018 9:05 AM
**To:** Winfield, Jennifer (USAMOE) <JWinfield@usa.doj.gov>; Harris, Reginald (USAMOE)
<RHarris2@usa.doj.gov>; Savner, Emily (CRT) <Emily.Savner@usdoj.gov>
**Cc:** Boehlje, Darren S. (SL) (FBI) <dboehlje@fbi.gov>
**Subject:** RE: Grand Jury 7/25 and 7/26

Next Monday is my last class -- so after next week, I can travel on Mondays.
Can we schedule the remaining ones for Tuesday starting at 1 and maybe Wed afternoon after GJ
(what's our wed time slot?)

**From:** Winfield, Jennifer (USAMOE) <Jennifer.Winfield@usdoj.gov>
**Sent:** Tuesday, July 17, 2018 7:57 PM
**To:** Harris, Reginald (USAMOE) <Reginald.Harris@usdoj.gov>; Gold, Fara (CRT)
<Fara.Gold@crt.usdoj.gov>; Savner, Emily (CRT) <Emily.Savner@crt.usdoj.gov>
**Cc:** Boehlje, Darren S. (SL) (FBI) <dboehlje@fbi.gov>
**Subject:** Grand Jury 7/25 and 7/26



DEFENDANT'S
EXHIBIT
B
ALL-STATE LEGAL®

EDMO 0065034

These are the witnesses who already have GJ subpoenas for the times below:

**Wednesday 7/25**

Schron Jackson @ 8am

Officer Dyson@9am

Captain Moore@10am

Brandon Wyms@11am

**Thursday 7/26**

Heather Taylor @ 8am

Sgt. Mike Scego@9am

Colonel Lawrence O'Toole@10am

Officer Steve Korte@11am

Who is up next? What day/time do you want them to come in? Thursday afternoon is wide open in the GJ, or we can meet Monday afternoon or Tuesday to assess.

Sgt Manley

Zachariah Foltz

Nicholas McMurray

Callahan Hereford

Jonathan Haire

Lucas Brockmeyer

Brandon LaGrand

**Jennifer A. Winfield**

**Assistant U.S. Attorney**

**Civil Rights Coordinator**

**U.S. Attorney's Office**

**Eastern District of Missouri**

**111 S. 10th Street, Ste. 20.333**

**Saint Louis, MO 63102**

**314-539-2200 (main)**

**314-539-2188 (fax)**

jennifer.winfield@usdoj.gov

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of, including taking action in reliance upon, this transmission is strictly prohibited. If you have received this transmission in error, please call (314) 539-6890 and destroy all copies of this communication and any attachments.

EDMO 0065035

From:   Winfield, Jennifer (USAMOE)
To:     Gold, Fara (CRT); Harris, Reginald (USAMOE); Savner, Emily (CRT)
Cc:     Boehlje, Darren S. (SL) (FBI)
Subject: RE: Grand Jury 7/25 and 7/26
Date:   Wednesday, July 18, 2018 9:47:34 AM

We can knock out some of the initial assessments before you all come in, and then decide if they need to come back on Wednesday or Thursday. We can cut the GJ subpoenas during the meetings on Monday and Tuesday.

Darren, can you or another agent please make contact with these individuals to assess their availability for next week? Thanks.

**Monday 7/25**
Sgt Manley @ 1pm
Officer Nicholas McMurray @ 2:30pm
Officer Callahan Hereford @ 4pm

**Tuesday 7/24**
Officer Zachariah Foltz@1pm
Officer Jonathan Haire@2:30pm
Officer Lucas Brockmeyer@4pm
Officer Brandon LaGrand@5pm

**Wednesday 7/25**
Afternoon GJ session already booked: 1:30pm-4:30pm

**From:** Gold, Fara (CRT) <Fara.Gold@usdoj.gov>
**Sent:** Wednesday, July 18, 2018 9:05 AM
**To:** Winfield, Jennifer (USAMOE) <JWinfield@usa.doj.gov>; Harris, Reginald (USAMOE) <RHarris2@usa.doj.gov>; Savner, Emily (CRT) <Emily.Savner@usdoj.gov>
**Cc:** Boehlje, Darren S. (SL) (FBI) <dboehlje@fbi.gov>
**Subject:** RE: Grand Jury 7/25 and 7/26

Next Monday is my last class – so after next week, I can travel on Mondays.
Can we schedule the remaining ones for Tuesday starting at 1 and maybe Wed afternoon after GJ (what's our wed time slot?)

**From:** Winfield, Jennifer (USAMOE) <Jennifer.Winfield@usdoj.gov>
**Sent:** Tuesday, July 17, 2018 7:57 PM
**To:** Harris, Reginald (USAMOE) <Reginald.Harris@usdoj.gov>; Gold, Fara (CRT) <Fara.Gold@crt.usdoj.gov>; Savner, Emily (CRT) <Emily.Savner@crt.usdoj.gov>
**Cc:** Boehlje, Darren S. (SL) (FBI) <dboehlje@fbi.gov>
**Subject:** Grand Jury 7/25 and 7/26

These are the witnesses who already have GJ subpoenas for the times below:

**Wednesday 7/25**
Schron Jackson @ 8am
Officer Dyson@9am
Captain Moore@10am
Brandon Wyms@11am

EDMO 0065036

**Thursday 7/26**

Heather Taylor @ 8am

Sgt. Mike Scego@9am

Colonel Lawrence O'Toole@10am

Officer Steve Korte@11am

Who is up next? What day/time do you want them to come in? Thursday afternoon is wide open in the GJ, or we can meet Monday afternoon or Tuesday to assess.

Sgt Manley

Zachariah Foltz

Nicholas McMurray

Callahan Hereford

Jonathan Haire

Lucas Brockmeyer

Brandon LaGrand

**Jennifer A. Winfield**

**Assistant U.S. Attorney**

**Civil Rights Coordinator**

**U.S. Attorney's Office**

**Eastern District of Missouri**

**111 S. 10th Street, Ste. 20.333**

**Saint Louis, MO 63102**

**314-539-2200 (main)**

**314-539-2188 (fax)**

Jennifer.winfield@usdoj.gov

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of, including taking action in reliance upon, this transmission is strictly prohibited. If you have received this transmission in error, please call (314) 539-6890 and destroy all copies of this communication and any attachments.

EDMO 0065037

| | |
|---|---|
| From: | Gold, Fara (CRT) |
| To: | Winfield, Jennifer (USAMOE); Harris, Reginald (USAMOE); Savner, Emily (CRT) |
| Cc: | Boehlje, Darren S. (SL) (FBI) |
| Subject: | RE: Grand Jury 7/25 and 7/26 |
| Date: | Wednesday, July 18, 2018 9:06:15 AM |

Next Monday is my last class – so after next week, I can travel on Mondays.

Can we schedule the remaining ones for Tuesday starting at 1 and maybe Wed afternoon after GJ (what's our wed time slot?)

**From:** Winfield, Jennifer (USAMOE) <Jennifer.Winfield@usdoj.gov>
**Sent:** Tuesday, July 17, 2018 7:57 PM
**To:** Harris, Reginald (USAMOE) <Reginald.Harris@usdoj.gov>; Gold, Fara (CRT) <Fara.Gold@crt.usdoj.gov>; Savner, Emily (CRT) <Emily.Savner@crt.usdoj.gov>
**Cc:** Boehlje, Darren S. (SL) (FBI) <dboehlje@fbi.gov>
**Subject:** Grand Jury 7/25 and 7/26

These are the witnesses who already have GJ subpoenas for the times below:

**Wednesday 7/25**

Schron Jackson @ 8am

Officer Dyson@9am

Captain Moore@10am

Brandon Wyms@11am

**Thursday 7/26**

Heather Taylor @ 8am

Sgt. Mike Scego@9am

Colonel Lawrence O'Toole@10am

Officer Steve Korte@11am

Who is up next? What day/time do you want them to come in? Thursday afternoon is wide open in the GJ, or we can meet Monday afternoon or Tuesday to assess.

Sgt Manley

Zachariah Foltz

Nicholas McMurray

Callahan Hereford

Jonathan Haire

Lucas Brockmeyer

Brandon LaGrand

**Jennifer A. Winfield**

**Assistant U.S. Attorney**

**Civil Rights Coordinator**

**U.S. Attorney's Office**

**Eastern District of Missouri**

**111 S. 10th Street, Ste. 20.333**

**Saint Louis, MO 63102**

**314-539-2200 (main)**

EDMO 0065038

**314-539-2188 (fax)**

jennifer.winfield@usdoj.gov

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of, including taking action in reliance upon, this transmission is strictly prohibited. If you have received this transmission in error, please call (314) 539-6890 and destroy all copies of this communication and any attachments.

EDMO 0065039

| | |
|---|---|
| From: | Winfield, Jennifer (USAMOE) |
| To: | Gold, Fara (CRT); Harris, Reginald (USAMOE); Savner, Emily (CRT) |
| Cc: | Boehlje, Darren S. (SL) (FBI) |
| Subject: | RE: Grand Jury 7/25 and 7/26 |
| Date: | Wednesday, July 18, 2018 10:04:26 AM |

Darren; here's the new schedule. Thanks.

**Monday 7/25**

Officer Brandon LaGrand@1pm

Officer Nicholas McMurray @ 2:30pm

Officer Callahan Hereford @ 4pm

**Tuesday 7/24**

Officer Zachariah Foltz@1pm

Officer Jonathan Haire@2:30pm

Officer Lucas Brockmeyer@4pm

Sgt Manley @ 5pm

**From:** Gold, Fara (CRT) <Fara.Gold@usdoj.gov>
**Sent:** Wednesday, July 18, 2018 9:59 AM
**To:** Winfield, Jennifer (USAMOE) <JWinfield@usa.doj.gov>; Harris, Reginald (USAMOE)
<RHarris2@usa.doj.gov>; Savner, Emily (CRT) <Emily.Savner@usdoj.gov>
**Cc:** Boehlje, Darren S. (SL) (FBI) <dboehlje@fbi.gov>
**Subject:** RE: Grand Jury 7/25 and 7/26

Can you swap Manley and LaGrand?

**From:** Winfield, Jennifer (USAMOE) <Jennifer.Winfield@usdoj.gov>
**Sent:** Wednesday, July 18, 2018 10:47 AM
**To:** Gold, Fara (CRT) <Fara.Gold@crt.usdoj.gov>; Harris, Reginald (USAMOE)
<Reginald.Harris@usdoj.gov>; Savner, Emily (CRT) <Emily.Savner@crt.usdoj.gov>
**Cc:** Boehlje, Darren S. (SL) (FBI) <dboehlje@fbi.gov>
**Subject:** RE: Grand Jury 7/25 and 7/26

We can knock out some of the initial assessments before you all come in, and then decide if they need to come back on Wednesday or Thursday. We can cut the GJ subpoenas during the meetings on Monday and Tuesday.

Darren, can you or another agent please make contact with these individuals to assess their availability for next week? Thanks.

**Monday 7/25**

Sgt Manley @ 1pm

Officer Nicholas McMurray @ 2:30pm

Officer Callahan Hereford @ 4pm

**Tuesday 7/24**

Officer Zachariah Foltz@1pm

Officer Jonathan Haire@2:30pm

Officer Lucas Brockmeyer@4pm

Officer Brandon LaGrand@5pm

EDMO 0065040

**Wednesday 7/25**
Afternoon GJ session already booked: 1:30pm-4:30pm

**From:** Gold, Fara (CRT) <Fara.Gold@usdoj.gov>
**Sent:** Wednesday, July 18, 2018 9:05 AM
**To:** Winfield, Jennifer (USAMOE) <JWinfield@usa.doj.gov>; Harris, Reginald (USAMOE) <RHarris2@usa.doj.gov>; Savner, Emily (CRT) <Emily.Savner@usdoj.gov>
**Cc:** Boehlje, Darren S. (SL) (FBI) <dboehlje@fbi.gov>
**Subject:** RE: Grand Jury 7/25 and 7/26

Next Monday is my last class -- so after next week, I can travel on Mondays.
Can we schedule the remaining ones for Tuesday starting at 1 and maybe Wed afternoon after GJ (what's our wed time slot?)

**From:** Winfield, Jennifer (USAMOE) <Jennifer.Winfield@usdoj.gov>
**Sent:** Tuesday, July 17, 2018 7:57 PM
**To:** Harris, Reginald (USAMOE) <Reginald.Harris@usdoj.gov>; Gold, Fara (CRT) <Fara.Gold@crt.usdoj.gov>; Savner, Emily (CRT) <Emily.Savner@crt.usdoj.gov>
**Cc:** Boehlje, Darren S. (SL) (FBI) <dboehlje@fbi.gov>
**Subject:** Grand Jury 7/25 and 7/26

These are the witnesses who already have GJ subpoenas for the times below:

**Wednesday 7/25**
Schron Jackson @ 8am
Officer Dyson@9am
Captain Moore@10am
Brandon Wyms@11am

**Thursday 7/26**
Heather Taylor @ 8am
Sgt. Mike Scego@9am
Colonel Lawrence O'Toole@10am
Officer Steve Korte@11am

**Who is up next? What day/time do you want them to come in? Thursday afternoon is wide open in the GJ, or we can meet Monday afternoon or Tuesday to assess.**

Sgt Manley
Zachariah Foltz
Nicholas McMurray
Callahan Hereford
Jonathan Haire
Lucas Brockmeyer
Brandon LaGrand

**Jennifer A. Winfield**
**Assistant U.S. Attorney**
**Civil Rights Coordinator**
**U.S. Attorney's Office**
**Eastern District of Missouri**

111 S. 10th Street, Ste. 20.333

Saint Louis, MO 63102

314-539-2200 (main)

314-539-2188 (fax)

jennifer.winfield@usdoj.gov

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of, including taking action in reliance upon, this transmission is strictly prohibited. If you have received this transmission in error, please call (314) 539-6890 and destroy all copies of this communication and any attachments.

EDMO 0065042

| From: | Gold, Fara (CRT) |
|---|---|
| To: | Harris, Reginald (USAMOE); Field, Eric R. (SL) (FBI); Winfield, Jennifer (USAMOE); Boehlje, Darren S. (SL) (FBI) |
| Cc: | Savner, Emily (CRT) |
| Subject: | RE: Grand Jury Subpoenas To Be Served |
| Date: | Monday, July 23, 2018 1:13:49 PM |

Let's go with Wednesday because by then, we should have a clearer sense of how things will proceed with witnesses.

Thanks,

Fara Gold
Special Litigation Counsel
Criminal Section, Civil Rights Division
United States Department of Justice
202-305-1896 (direct)
202-532-5158 (mobile)
fara.gold@usdoj.gov

**From:** Harris, Reginald (USAMOE) <Reginald.Harris@usdoj.gov>
**Sent:** Monday, July 23, 2018 2:04 PM
**To:** Field, Eric R. (SL) (FBI) <erfield@fbi.gov>; Winfield, Jennifer (USAMOE) <Jennifer.Winfield@usdoj.gov>; Boehlje, Darren S. (SL) (FBI) <dboehlje@fbi.gov>
**Cc:** Savner, Emily (CRT) <Emily.Savner@crt.usdoj.gov>; Gold, Fara (CRT) <Fara.Gold@crt.usdoj.gov>
**Subject:** RE: Grand Jury Subpoenas To Be Served

Wednesday afternoon works for me. Late Tuesday afternoon also works for me, but Fara and Emily will be just getting in tomorrow, so we will have to see how things go.

Reginald L. Harris
Executive Assistant U.S. Attorney
(314) 539-7669
Reginald.Harris@usdoj.gov

**From:** Field, Eric R. (SL) (FBI) <erfield@fbi.gov>
**Sent:** Monday, July 23, 2018 12:57 PM
**To:** Winfield, Jennifer (USAMOE) <JWinfield@usa.doj.gov>; Boehlje, Darren S. (SL) (FBI) <dboehlje@fbi.gov>
**Cc:** Savner, Emily (CRT) <Emily.Savner@usdoj.gov>; Gold, Fara (CRT) <Fara.Gold@usdoj.gov>; Harris, Reginald (USAMOE) <RHarris2@usa.doj.gov>
**Subject:** RE: Grand Jury Subpoenas To Be Served

Just following up on a conversation I had last week with Reggie and Jennifer.... I was hoping to have a case strategy meeting on Wednesday afternoon to discuss the next steps in this investigation. It looks like the last person scheduled for GJ is at 2:30, so I can be there by 3:00 and just wait around for the conclusion of that testimony. Or let me know if we can do it sooner, and I will come over. Emily and Fara, I look forward to meeting you.

SSA Eric Field
FBI – St. Louis
2222 Market St
St. Louis, MO 63103
314-589-2511

EDMO 0065043

From: Winfield, Jennifer (USAMOE) [mailto:Jennifer.Winfield@usdoj.gov]
Sent: Monday, July 23, 2018 11:35 AM
To: Boehlje, Darren S. (SL) (FBI) <dboehlje@fbi.gov>; Drews, Jennifer N. (SL) (FBI) <JNDREWS@FBI.GOV>; Flick, John J. (SL) (FBI) <jjflick@fbi.gov>; Field, Eric R. (SL) (FBI) <erfield@fbi.gov>
Cc: Savner, Emily (CRT) <Emily.Savner@usdoj.gov>; Gold, Fara (CRT) <Fara.Gold@usdoj.gov>; Harris, Reginald (USAMOE) <Reginald.Harris@usdoj.gov>
Subject: Grand Jury Subpoenas To Be Served

Hello All,

We need more subpoenas served for this week. Fran is working on them, so they will be to you all shortly.

Our understanding is that these officers are voluntarily coming in prior to grand jury:

Monday: Brandon LaGrand/Callahan Hereford

Tuesday: Zach Foltz

**SCHEDULE FOR GJ THIS WEEK**

Wednesday - 7/25/2018:

8:00 AM - Heather Taylor (already served)

9:00 AM - Steve Korte (already served)

10:00 AM - Capt. Donnell Moore (already served)

11:00 AM - Brandon Wyms (already served)

1:30 PM - Officer Nicholas McMurray (to be served)

2:00 PM - Officer Callahan Hereford (to be served)

2:30 PM - Officer Brandon LaGrand (to be served)

Thursday - 7/26/2018:

8:00 AM - Schron Jackson (already served)

9:30 AM Officer Jonathan Haire (to be served)

10:00 AM Officer Lucas Brockmeyer (to be served)

10:30 AM - Col. Larry O'Toole (already served)

11:00 AM Sergeant Manley (to be served)

11:30 AM - Jesse Dyson (already served)

**Jennifer A. Winfield**

**Assistant U.S. Attorney**

**Civil Rights Coordinator**

**U.S. Attorney's Office**

**Eastern District of Missouri**

**111 S. 10th Street, Ste. 20.333**

**Saint Louis, MO 63102**

**314-539-2200 (main)**

**314-539-2188 (fax)**

jennifer.winfield@usdoj.gov

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or

entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of, including taking action in reliance upon, this transmission is strictly prohibited. If you have received this transmission in error, please call (314) 539-6890 and destroy all copies of this communication and any attachments.

EDMO 0065045

From:        Harris, Reginald (USAMOE)
To:          Field, Eric R. (SL) (FBI); Winfield, Jennifer (USAMOE); Boehlje, Darren S. (SL) (FBI)
Cc:          Savner, Emily (CRT); Gold, Fara (CRT)
Subject:     RE: Grand Jury Subpoenas To Be Served
Date:        Monday, July 23, 2018 1:04:42 PM

Wednesday afternoon works for me. Late Tuesday afternoon also works for
me, but Fara and Emily will be just getting in tomorrow, so we will have to see
how things go.
Reginald L. Harris
Executive Assistant U.S. Attorney
(314) 539-7669
Reginald.Harris@usdoj.gov

**From:** Field, Eric R. (SL) (FBI) <erfield@fbi.gov>
**Sent:** Monday, July 23, 2018 12:57 PM
**To:** Winfield, Jennifer (USAMOE) <JWinfield@usa.doj.gov>; Boehlje, Darren S. (SL) (FBI)
<dboehlje@fbi.gov>
**Cc:** Savner, Emily (CRT) <Emily.Savner@usdoj.gov>; Gold, Fara (CRT) <Fara.Gold@usdoj.gov>; Harris,
Reginald (USAMOE) <RHarris2@usa.doj.gov>
**Subject:** RE: Grand Jury Subpoenas To Be Served

Just following up on a conversation I had last week with Reggie and Jennifer.... I was hoping to have a
case strategy meeting on Wednesday afternoon to discuss the next steps in this investigation. It
looks like the last person scheduled for GJ is at 2:30, so I can be there by 3:00 and just wait around
for the conclusion of that testimony. Or let me know if we can do it sooner, and I will come over.
Emily and Fara, I look forward to meeting you.

SSA Eric Field
FBI – St. Louis
2222 Market St
St. Louis, MO 63103
314-589-2511

**From:** Winfield, Jennifer (USAMOE) [mailto:Jennifer.Winfield@usdoj.gov]
**Sent:** Monday, July 23, 2018 11:35 AM
**To:** Boehlje, Darren S. (SL) (FBI) <dboehlje@fbi.gov>; Drews, Jennifer N. (SL) (FBI)
<JNDREWS@FBI.GOV>; Flick, John J. (SL) (FBI) <jjflick@fbi.gov>; Field, Eric R. (SL) (FBI)
<erfield@fbi.gov>
**Cc:** Savner, Emily (CRT) <Emily.Savner@usdoj.gov>; Gold, Fara (CRT) <Fara.Gold@usdoj.gov>; Harris,
Reginald (USAMOE) <Reginald.Harris@usdoj.gov>
**Subject:** Grand Jury Subpoenas To Be Served

Hello All,
We need more subpoenas served for this week. Fran is working on them, so they will be to
you all shortly.
Our understanding is that these officers are voluntarily coming in prior to grand jury:
Monday: Brandon LaGrand/Callahan Hereford
Tuesday: Zach Foltz

**SCHEDULE FOR GJ THIS WEEK**

Wednesday - 7/25/2018:

8:00 AM - Heather Taylor (already served)

9:00 AM - Steve Korte (already served)

10:00 AM - Capt. Donnell Moore (already served)

11:00 AM - Brandon Wyms (already served)

1:30 PM - Officer Nicholas McMurray (to be served)

2:00 PM - Officer Callahan Hereford (to be served)

2:30 PM - Officer Brandon LaGrand (to be served)

Thursday - 7/26/2018:

8:00 AM - Schron Jackson (already served)

9:30 AM Officer Jonathan Haire (to be served)

10:00 AM Officer Lucas Brockmeyer (to be served)

10:30 AM - Col. Larry O'Toole (already served)

11:00 AM Sergeant Manley (to be served)

11:30 AM - Jesse Dyson (already served)

**Jennifer A, Winfield**

**Assistant U.S. Attorney**

**Civil Rights Coordinator**

**U.S. Attorney's Office**

**Eastern District of Missouri**

**111 S. 10th Street, Ste. 20.333**

**Saint Louis, MO 63102**

**314-539-2200 (main)**

**314-539-2188 (fax)**

**jennifer.winfield@usdoj.gov**

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of, including taking action in reliance upon, this transmission is strictly prohibited. If you have received this transmission in error, please call (314) 539-6890 and destroy all copies of this communication and any attachments.

EDMO 0065047

| | |
|---|---|
| From: | Field, Eric R. (SL) (FBI) |
| To: | Winfield, Jennifer (USAMOE); Boehlje, Darren S. (SL) (FBI) |
| Cc: | Savner, Emily (CRT); Gold, Fara (CRT); Harris, Reginald (USAMOE) |
| Subject: | RE: Grand Jury Subpoenas To Be Served |
| Date: | Monday, July 23, 2018 12:56:37 PM |

Just following up on a conversation I had last week with Reggie and Jennifer.... I was hoping to have a case strategy meeting on Wednesday afternoon to discuss the next steps in this investigation. It looks like the last person scheduled for GJ is at 2:30, so I can be there by 3:00 and just wait around for the conclusion of that testimony. Or let me know if we can do it sooner, and I will come over. Emily and Fara, I look forward to meeting you.

SSA Eric Field
FBI — St. Louis
2222 Market St
St. Louis, MO 63103
314-589-2511

From: Winfield, Jennifer (USAMOE) [mailto:Jennifer.Winfield@usdoj.gov]
Sent: Monday, July 23, 2018 11:35 AM
To: Boehlje, Darren S. (SL) (FBI) <dboehlje@fbi.gov>; Drews, Jennifer N. (SL) (FBI) <JNDREWS@FBI.GOV>; Flick, John J. (SL) (FBI) <jjflick@fbi.gov>; Field, Eric R. (SL) (FBI) <erfield@fbi.gov>
Cc: Savner, Emily (CRT) <Emily.Savner@usdoj.gov>; Gold, Fara (CRT) <Fara.Gold@usdoj.gov>; Harris, Reginald (USAMOE) <Reginald.Harris@usdoj.gov>
Subject: Grand Jury Subpoenas To Be Served

Hello All,

We need more subpoenas served for this week. Fran is working on them, so they will be to you all shortly.

Our understanding is that these officers are voluntarily coming in prior to grand jury:

Monday: Brandon LaGrand/Callahan Hereford

Tuesday: Zach Foltz

**SCHEDULE FOR GJ THIS WEEK**

Wednesday - 7/25/2018:

8:00 AM - Heather Taylor (already served)

9:00 AM - Steve Korte (already served)

10:00 AM - Capt. Donnell Moore (already served)

11:00 AM - Brandon Wyms (already served)

1:30 PM - Officer Nicholas McMurray (to be served)

2:00 PM - Officer Callahan Hereford (to be served)

2:30 PM - Officer Brandon LaGrand (to be served)

Thursday - 7/26/2018:

8:00 AM - Schron Jackson (already served)

9:30 AM Officer Jonathan Haire (to be served)

10:00 AM Officer Lucas Brockmeyer (to be served)

10:30 AM - Col. Larry O'Toole (already served)

11:00 AM Sergeant Manley (to be served)

11:30 AM - Jesse Dyson (already served)

**Jennifer A. Winfield**

**Assistant U.S. Attorney**

**Civil Rights Coordinator**

**U.S. Attorney's Office**

**Eastern District of Missouri**

**111 S. 10th Street, Ste. 20.333**

**Saint Louis, MO 63102**

**314-539-2200 (main)**

**314-539-2188 (fax)**

jennifer.winfield@usdoj.gov

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of, including taking action in reliance upon, this transmission is strictly prohibited. If you have received this transmission in error, please call (314) 539-6890 and destroy all copies of this communication and any attachments.

EDMO 0065049

| | |
|---|---|
| From: | Winfield, Jennifer (USAMOE) |
| To: | Harris, Reginald (USAMOE); Field, Eric R. (SL) (FBI); Boehlje, Darren S. (SL) (FBI) |
| Cc: | Savner, Emily (CRT); Gold, Fara (CRT) |
| Subject: | RE: Grand Jury Subpoenas To Be Served |
| Date: | Monday, July 23, 2018 6:17:09 PM |

Wednesday afternoon is best for me. Thanks.

From: Harris, Reginald (USAMOE)
Sent: Monday, July 23, 2018 1:04 PM
To: Field, Eric R. (SL) (FBI) <erfield@fbi.gov>; Winfield, Jennifer (USAMOE) <JWinfield@usa.doj.gov>; Boehlje, Darren S. (SL) (FBI) <dboehlje@fbi.gov>
Cc: Savner, Emily (CRT) <Emily.Savner@usdoj.gov>; Gold, Fara (CRT) <Fara.Gold@usdoj.gov>
Subject: RE: Grand Jury Subpoenas To Be Served

Wednesday afternoon works for me. Late Tuesday afternoon also works for me, but Fara and Emily will be just getting in tomorrow, so we will have to see how things go.

Reginald L. Harris
Executive Assistant U.S. Attorney
(314) 539-7669
Reginald.Harris@usdoj.gov

From: Field, Eric R. (SL) (FBI) <erfield@fbi.gov>
Sent: Monday, July 23, 2018 12:57 PM
To: Winfield, Jennifer (USAMOE) <JWinfield@usa.doj.gov>; Boehlje, Darren S. (SL) (FBI) <dboehlje@fbi.gov>
Cc: Savner, Emily (CRT) <Emily.Savner@usdoj.gov>; Gold, Fara (CRT) <Fara.Gold@usdoj.gov>; Harris, Reginald (USAMOE) <RHarris2@usa.doj.gov>
Subject: RE: Grand Jury Subpoenas To Be Served

Just following up on a conversation I had last week with Reggie and Jennifer.... I was hoping to have a case strategy meeting on Wednesday afternoon to discuss the next steps in this investigation. It looks like the last person scheduled for GJ is at 2:30, so I can be there by 3:00 and just wait around for the conclusion of that testimony. Or let me know if we can do it sooner, and I will come over. Emily and Fara, I look forward to meeting you.

SSA Eric Field
FBI – St. Louis
2222 Market St
St. Louis, MO 63103
314-589-2511

From: Winfield, Jennifer (USAMOE) [mailto:Jennifer.Winfield@usdoj.gov]
Sent: Monday, July 23, 2018 11:35 AM
To: Boehlje, Darren S. (SL) (FBI) <dboehlje@fbi.gov>; Drews, Jennifer N. (SL) (FBI) <JNDREWS@FBI.GOV>; Flick, John J. (SL) (FBI) <jjflick@fbi.gov>; Field, Eric R. (SL) (FBI) <erfield@fbi.gov>
Cc: Savner, Emily (CRT) <Emily.Savner@usdoj.gov>; Gold, Fara (CRT) <Fara.Gold@usdoj.gov>; Harris, Reginald (USAMOE) <Reginald.Harris@usdoj.gov>
Subject: Grand Jury Subpoenas To Be Served

EDMO 0065050

Hello All,

We need more subpoenas served for this week. Fran is working on them, so they will be to you all shortly.

Our understanding is that these officers are voluntarily coming in prior to grand jury:

Monday: Brandon LaGrand/Callahan Hereford

Tuesday: Zach Foltz

**SCHEDULE FOR GJ THIS WEEK**

Wednesday – 7/25/2018:

8:00 AM - Heather Taylor (already served)

9:00 AM - Steve Korte (already served)

10:00 AM - Capt. Donnell Moore (already served)

11:00 AM - Brandon Wyms (already served)

1:30 PM - Officer Nicholas McMurray (to be served)

2:00 PM - Officer Callahan Hereford (to be served)

2:30 PM - Officer Brandon LaGrand (to be served)

Thursday – 7/26/2018:

8:00 AM - Schron Jackson (already served)

9:30 AM Officer Jonathan Haire (to be served)

10:00 AM Officer Lucas Brockmeyer (to be served)

10:30 AM – Col. Larry O'Toole (already served)

11:00 AM Sergeant Manley (to be served)

11:30 AM – Jesse Dyson (already served)

**Jennifer A. Winfield**

**Assistant U.S. Attorney**

**Civil Rights Coordinator**

**U.S. Attorney's Office**

**Eastern District of Missouri**

**111 S. 10th Street, Ste. 20.333**

**Saint Louis, MO 63102**

**314-539-2200 (main)**

**314-539-2188 (fax)**

jennifer.winfield@usdoj.gov

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of, including taking action in reliance upon, this transmission is strictly prohibited. If you have received this transmission in error, please call (314) 539-6890 and destroy all copies of this communication and any attachments.

EDMO 0065051

From:          Shramek, Francesca (USAMOE)
To:            Kellis, Lindsey Lancaster (SL) (FBI); Boehlje, Darren S. (SL) (FBI)
Cc:            Winfield, Jennifer (USAMOE)
Subject:       RE: Subpoenas
Date:          Friday, July 6, 2018 3:25:10 PM
Attachments:   2017R00941 - Taylor Osna GJ Subpoena.pdf
               2017R00941 - Uzoma Onwumere GJ Subpoena.pdf
               2017R00941 - Schron Jackson GJ Subpoena.pdf
               2017R00941 - Steve Korte GJ Subpoena.pdf

-----Original Message-----
From: Shramek, Francesca (USAMOE)
Sent: Friday, July 6, 2018 03:14 PM
To: Kellis, Lindsey Lancaster (SL) (FBI)' <LLKELLIS@FBI.GOV>; Boehlje, Darren S. (SL) (FBI)
<dboehlje@fbi.gov>
Cc: Winfield, Jennifer (USAMOE) <JWinfield@usa.doj.gov>
Subject: RE: Subpoenas

-----Original Message-----
From: Kellis, Lindsey Lancaster (SL) (FBI) <LLKELLIS@FBI.GOV>
Sent: Friday, July 6, 2018 02:48 PM
To: Winfield, Jennifer (USAMOE) <JWinfield@usa.doj.gov>; Shramek, Francesca (USAMOE)
<fshramek@usa.doj.gov>
Subject: SBP attachment

For Myers IMEI and phone number.

Lindsey Lancaster Kellis
Staff Operations Specialist, FBI
314-589-2692

EDMO 0065052