UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO.   S1-4:18 CR 975 CDP |
| v. | ) | |
| | ) | |
| DUSTIN BOONE, et al, | ) | |
| | ) | |
| Defendants. | ) | |

### GOVERNMENT'S NOTICE OF INTENT
### TO USE CUSTODIAN OF RECORDS AFFIDAVIT

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Carrie Costantin and Robert F. Livergood, Assistant United States Attorneys for said District, and files its Notice of Intent to Use Custodian of Records Affidavit pursuant to Rules 803(6) and 902(11) of the Federal Rules of Evidence.   In support thereof, the Government asserts:

1.  All defendants are charged with Deprivation of Civil Rights under Color of Law; defendant Myers is charged with Destruction, Alteration, or Mutilation of Evidence in a Federal Investigation; and defendant Korte is charged with Making False Statements to the Federal Bureau of Investigation.

2.   The Government has provided defense counsel with a copy of an affidavit from the custodian of records for Washington University Physicians.

3.   In compliance with Rule 902(11), the Government has made the listed business records available for inspection by defense counsel.   The Government has provided defense counsel with copies of the listed business records

Wherefore, the Government intends to offer the above-listed business records through a Custodian of Records affidavit pursuant to Rule 803(6) and Rule 902(11) of the Federal Rules of Evidence.

          Respectfully submitted:

          SAYLER A. FLEMING
          United States Attorney

          *s/Carrie Costantin*
          CARRIE COSTANTIN #35925MO
          ROBERT F. LIVERGOOD #35432MO
          Assistant United States Attorneys
          111 S. 10th Street, Room 20.333
          St. Louis, Missouri 63102
          (314) 539-2200
          (314) 539-2309 FAX

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties of record.

          *s/Carrie Costantin*
          CARRIE COSTANTIN #35925 MO
          Assistant United States Attorney