UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No.: S1-4:18-cr-00975-CDP (JMB) |
| | ) | |
| DUSTIN BOONE, | ) | |
| CHRISTOPHER MYERS, and | ) | |
| STEVEN KORTE, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT STEVEN KORTE'S MOTION FOR LEAVE TO FILE SEALED DOCUMENT

COMES NOW Defendant, Steven Korte ("Defendant Korte"), by and through undersigned counsel, and requests leave to file his "Motion in Limine to Exclude Evidence of Alleged Prior Bad Acts Under Federal Rule of Evidence 404(b))" under seal because it references unsubstantiated allegations of misconduct concerning the Defendant, evidence that was not referenced in the government's 404(b) disclosures in this case, but that Defendant seeks to exclude in an abundance of caution.

Respectfully submitted,

ROGERS, SEVASTIANOS & BANTE, LLP

By:   */s/ John P. Rogers*
JOHN P. ROGERS, #38743MO
Attorney for Defendant Korte
120 S. Central Avenue, Suite 160
Clayton, Missouri 63105
(314) 354-8484
Facsimile 354-8271
jrogers@rsblawfirm.com

## **CERTIFICATE OF SERVICE**

     By signature below, I hereby certify that on February 22, 2021, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Assistant United States Attorneys Carrie Constantin and Robert F. Livergood.

                                          */s/ John P. Rogers*