UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. S1-4:18 CR 975 CDP |
| DUSTIN BOONE, CHRISTOPER MYERS, and STEVEN KORTE, | ) ) ) ) ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO FILE SEALED DOCUMENT

COMES NOW, the United States of America, by and through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Carrie Costantin and Robert F. Livergood, Assistant United States Attorneys for said District, and requests leave to file under seal the Government's Response to Defendant Korte's Motion in Limine [Document 295]. The Government seeks leave to file its Response under seal because it contains information that would be inadmissible at trial including improper character evidence and prior bad act evidence.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 */s/ Carrie Costantin*
CARRIE COSTANTIN #35925MO
ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorneys
111 S. 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2021, the foregoing was filed electronically with the Clerk to be served by operation of the Court's electronic filing upon the following:

Patrick S. Kilgore
Attorney for Dustin Boone
1015 Locust
Suite 914
St. Louis, MO 63101
Email: patrick@patrickkilgorelaw.com;

N. Scott Rosenblum
Attorney for Christopher Myers
120 S. Central Ave.
Suite 130
Clayton, MO 63105
Email: srosenblum@rsflawfirm.com; and

John P. Rogers
Attorney for Steven Korte
120 S. Central Ave.
Suite 160
Clayton, MO 63105
Email: jrogers@rsblawfirm.com.

/s/ *Carrie Costantin*
CARRIE COSTANTIN #35925MO
Assistant United States Attorney