UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | No. S1-4:18 CR 975 CDP |
| ) | |
| DUSTIN BOONE, ) | |
| CHRISTOPHER MYERS, ) | |
| and STEVEN KORTE, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE OVERLENGTH DOCUMENT

COMES NOW, the United States of America, by and through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Robert F. Livergood and Carrie Costantin, Assistant United States Attorneys for said District, and requests leave to file a document which exceeds the Court's page length limitation. The Government seeks leave to file "Government's Response to Defendants' Motions in Limine Concerning Text Messages" which exceeds fifteen pages because it is a consolidate response to the defendants' motions in limine concerning text messages the Government intends to introduce at trial.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 */s/ Robert F. Livergood*
ROBERT F. LIVERGOOD, #35432MO
CARRIE COSTANTIN #35925
Assistant United States Attorneys
111 S. 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2021, the foregoing was filed electronically with the Clerk to be served by operation of the Court's electronic filing upon the following:

Patrick S. Kilgore
Attorney for Dustin Boone
1015 Locust
Suite 914
St. Louis, MO 63101
Email: patrick@patrickkilgorelaw.com;

N. Scott Rosenblum
Attorney for Christopher Myers
120 S. Central Ave.
Suite 130
Clayton, MO 63105
Email: srosenblum@rsflawfirm.com; and

John P. Rogers
Attorney for Steven Korte
120 S. Central Ave.
Suite 160
Clayton, MO 63105
Email: jrogers@rsblawfirm.com.

/s/*Robert F. Livergood*
ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney