UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) No.: S1-4:18-cr-00975-CDP (JMB) |
| | ) |
| DUSTIN BOONE, | ) |
| CHRISTOPHER MYERS, and | ) |
| STEVEN KORTE, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT STEVEN KORTE'S MOTION FOR LEAVE
TO FILE SEALED DOCUMENT**

COMES NOW Defendant, Steven Korte ("Defendant Korte"), by and through undersigned counsel, and requests leave to file his "Response to the Government's First Motion in Limine" under seal because it references unredacted text messages and responses to other matters for which the Government sought and obtained leave to file under seal in filing its First Motion in Limine.

Respectfully submitted,

ROGERS SEVASTIANOS & BANTE, LLP

By:   /s/ John P. Rogers
JOHN P. ROGERS, #38743MO
Attorney for Defendant Korte
120 S. Central Avenue, Suite 160
Clayton, Missouri 63105
(314) 354-8484
Facsimile 354-8271
jrogers@rsblawfirm.com

**CERTIFICATE OF SERVICE**

By signature below, I hereby certify that on February 26, 2021, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Assistant United States Attorneys Carrie Constantin and Robert F. Livergood.

*/s/ John P. Rogers*