UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff(s), | ) |
| v. | ) No. 4:18-CR-00975-CDP |
| DUSTIN BOONE, et al., | ) |
| Defendant(s). | ) |

**EXHIBIT RECEIPT**

I have this date received all exhibits received in evidence, and shall retain said exhibits until the time for filing a Notice of Appeal has expired.

__3/29/21__
Date

_____
Attorney for Plaintiff(s)

_____
Attorney for Defendant Boone

_____
Attorney for Defendant Myers

_____
Attorney for Defendant Korte