UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:18 CR 975 CDP |
| | ) | |
| DUSTIN BOONE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

As the Court has determined that it is in the interests of justice to maintain the confidentiality of the jurors' identities,

**IT IS HEREBY ORDERED** that the that the Clerk of Court shall not disclose the names or contact information of any juror in this case.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of March, 2021.