# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA | § **JUDGMENT OF ACQUITTAL** |
| | § |
| v. | § |
| | §  Case Number: **4:18-CR-00975-CDP(5)** |
| **STEVEN KORTE** | § |
| | § |
| | § |

As the defendant, **STEVEN KORTE,** was found not guilty by the jury as to Counts One and Three,

**IT IS HEREBY ORDERED** that the defendant **STEVEN KORTE** is acquitted of all charges in the Superseding Indictment and is discharged and his bond exonerated.

_____
Signature of Judge

**CATHERINE D. PERRY**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**March 29, 2021**
Date