IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. S1-4:18 CR 975 ERW |
| | ) | |
| DUSTIN BOONE, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S RESPONSE TO LUTHER HALL'S
MOTION FOR LEAVE TO OBTAIN DISCOVERY MATERIAL
PROVIDED PURSUANT TO PROTECTIVE ORDERS**

Comes now the United States of America, by and through its attorney, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Carrie Costantin, Assistant United States Attorney for said District, and files its Response to Luther Hall's Motion for Leave to Obtain Discovery Material Provided Pursuant to Protective Orders.

1.    On November 29, 2018, defendants Dustin Boone, Randy Hays, Christopher Myers and Bailey Colletta were indicted in this cause.   On December 12, 2019, a superseding indictment was filed that added defendant Steven Korte.

2.    On January 3, 2019, a Protective Order was granted that prohibited the parties from disclosing information, material and documents produced during the discovery proceedings without a further order from the Court.   [Document 45].

3.    On October 27, 2021, counsel for Luther Hall, the victim in the indictment, filed a motion requesting leave to obtain discovery material previously provided in order to assist in his civil lawsuit against the defendants and others.

1

4.   The Government agrees to provide all discovery material previously provided to defense counsel to counsel for Luther Hall—with the exception of material obtained through the grand jury under Federal Rule of Criminal Procedure 6.   The Government requests that counsel for Luther Hall be subject to the same conditions of the Protective Order entered in this case.   A copy of that Protective Order is attached as Exhibit 1.

Wherefore, the Government respectfully requests that the Court grant Luther Hall's Motion for Leave to Obtain Discovery Material Provided Pursuant to Protective Orders with the limitation that the Government will not provide material obtained through the grand jury.   The Government further requests that counsel for Luther Hall be subject to the conditions of the Protective Order.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY

*/s/ Carrie Costantin*
CARRIE COSTANTIN #35925 MO
Assistant U.S. Attorney
111 S. 10th Street, 20th Floor
St. Louis, MO 63703
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

*/s/Carrie Costantin*
CARRIE COSTANTIN #35925MO
Assistant United States Attorney

2